IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL D. DUNLAP**                                                                                          **PETITIONER**

VS.                                        NO.  5:10CV00136

**RAY HOBBS, director,**
**Arkansas Department of Correction**                                                    **RESPONDENT**

## ORDER

Pending is Petitioner's motion to compel.  (Docket # 38).  Respondent has filed a response indicating that he will provide the Petitioner the documents he seeks.  Accordingly, Petitioner's motion is GRANTED.   Respondent is directed to notify the Court upon mailing the requested documents.  Petitioner will be allowed fifteen (15) days from the date on which the documents are mailed to submit his objections to the proposed findings and recommended disposition.

IT IS SO ORDERED this 11th day of April, 2012.

_____
James M. Moody
United States District Judge