IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL D. DUNLAP**
**ADC #114705**                                                                                          **PETITIONER**

**V.**                         **CASE NO. 5:10CV00136 JMM/JTR**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                        **RESPONDENT**

## ORDER

Pending is Petitioner's motion for an extension of time in which to file his objections to the recommended disposition received from United States Magistrate Judge J. Thomas Ray. (Docket #50). The Court has previously granted Petitioner two extensions of time in which to file these objections. The Court will allow Petitioner up to and including May 17, 2012 to file his objections. No further extensions of time will be granted.

IT IS SO ORDERED this 3rd day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE