**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MICHAEL D. DUNLAP
ADC #114705                                                                                          PETITIONER

VS.                                         5:10CV00136 JMM/JTR

RAY HOBBS, Director,
Arkansas Department of Correction                                                        RESPONDENT

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the objections filed by Petitioner.  After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Petition for a Writ of Habeas Corpus, under 28 U.S.C. § 2254 (docket entry #1) is DENIED, and this case is DISMISSED, WITH PREJUDICE.  IT IS FURTHER ORDERED THAT a Certificate of Appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases.

Dated this 21st day of May, 2012.

```
                         _____
                         UNITED STATES DISTRICT JUDGE
```