# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

MICHAEL D. DUNLAP
ADC #114705                                                                         PETITIONER

VS.                            5:10CV00136 JMM/JTR

RAY HOBBS, Director,
Arkansas Department of Correction                                                   RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this habeas action is DISMISSED, WITH PREJUDICE.

Dated this 21st day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE